ORDER:
Motion to Join Defendant's Motion for Partial Summary Judgment is granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM, Pro Se,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-cv-0090 |
| | ) | |
| **DISH NETWORK, LLC and ALL AMERICAN DISH,** | ) | Judge Trauger |
| | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

### MOTION TO JOIN DEFENDANT DISH NETWORK, LLC'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS WITH RESPECT TO PLAINTIFF'S DEMAND FOR ATTORNEY'S FEES AND PUNITIVE DAMAGES

**COMES NOW Defendant All American Dish** ("All American"), by and through counsel, in the above-styled case, and submits this *Motion to Join Defendant Dish Network, LLC's Motion For Partial Judgment on the Pleadings with Respect to Plaintiff's Demand for Attorney's Fees and Punitive Damages*. All American hereby adopts and incorporates by reference DISH Network's Motion in its entirety, and seeks the same relief.

For the foregoing reasons, the Court should enter judgment in All American's favor with respect to Pro Se Plaintiff Craig Cunningham's demand for attorney's fees and punitive damages.

Respectfully submitted,

    /s/ Kenneth S. Schrupp
Kenneth S. Schrupp   (Tenn. No. 15648)
kschrupp@smithcashion.com
SMITH CASHION & ORR, PLC
231 Third Avenue North
Nashville, Tennessee 37201
Telephone: (615) 742-8555
Facsimile: (615) 742-8556
*Attorney for Defendant All American Dish*

327424