IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

RECEIVED IN CLERK'S OFFICE APR 3 0 2015 U.S. DISTRICT COURT MID. DIST. TENN.

| | |
|---|---|
| CRAIG CUNNINGHAM, Pro Se, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | |
| DISH NETWORK, LLC and ) | 3:15-cv-00090 |
| ALL AMERICAN DISH, ) | |
| ) | |
| Defendants. ) | |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on notice by the parties, as evidenced by the signatures of counsel below, that Plaintiff's causes should be dismissed with prejudice. The Court, being advised that all parties consent to the entry of this Order and agree that the Plaintiff's claims against the Defendants should be dismissed with prejudice, enters final judgment in this cause. Each party shall bear their own court costs.

IT IS THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED this 1st day of May, 2015.

_____
ALETA A. TRAUGER
United States District Judge

AGREED AND APPROVED:


/s/ Kenneth S. Schrupp
Kenneth S. Schrupp   (No. 15648)
kschrupp@smithcashion.com
SMITH CASHION & ORR, PLC
231 Third Avenue North
Nashville, Tennessee 37201
Telephone:   (615) 742-8555
Facsimile:   (615) 742-8556
*Attorney for Defendant All American Dish*


/s/ Rocklan W. King III
Rocklan W. King III (No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE, LLP
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Telephone:   (615) 259-1026
Facsimile:   (615) 259-1470


/s/ Eric L. Zalud
Eric L. Zalud (Ohio Bar No. 0038959)
ezalud@beneschlaw.com
Laura E. Kogan (Ohio Bar No. 0087453)
lkogan@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone:   (216) 363-4500
Facsimile:   (216) 363-4588

/s/ Benjamen E. Kern
Benjamen E. Kern (Ohio Bar No. 0076218)
bkern@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330
*Attorneys for Defendant DISH Network L.L.C.*

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, Tennessee 37211
Telephone: (615) 348-1977
*Plaintiff, Pro-Se*
328166.1
Case 3:15-cv-00090   Document 42   Filed 05/01/15   Page 3 of 3 PageID #: 96